UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

DEGE MA

VS.

MELISSA B. HARPER

CIVIL ACTION NO. 26-0286

SECTION P

JUDGE ROBERT R. SUMMERHAYS

MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Dege Ma's petition is **DENIED AND DISMISSED WITH PREJUDICE**.

LAFAYETTE, LOUISIANA, this 22nd day of May, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE